| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JENNIFER P. SVANFELDT, ESQ. (233248)<br>SEYFARTH SHAW LLP<br>560 Mission Street, 31st Floor<br>San Francisco, California 94105 | (415) 397-2823 | |
| Attorneys for:   C&H SUGAR COMPANY, INC. | Ref. No. Or File No.<br>W2481195 | |

Insert name of court, judicial district and branch court, if any:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Plaintiff:
C&H SUGAR COMPANY, INC.

Defendant:
SUGAR WORKERS UNION LOCAL NO. 1

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-3855 MEJ |
|---|---|---|---|---|

I, Scott E. Lane, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINS; CASE MANAGEMENT SDTANDING ORDER MAGISTRATE JUDGE MARIA-ELENA JAMES; STANDING ORDER RE: DISCOVERY AND DISPUTE PROCEDURES FOR CASES ASSIGNED OR REFERRED TO MAG. JUDGE MARIA-ELENA JAMES; [Blank] JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] CASE MANAGEMENT ORDER; NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; EFC REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant         : SUGAR WORKERS UNION LOCAL NO. 1

By Serving        : LAWRENCE ROSS, Agent for Service of Process/Authorized to Accept Service of Process

Address           : 641 Loring Avenue, Crockett, California 94525
Date & Time       : Monday, July 30, 2007 @ 3:05 p.m.
Witness fees were : Not applicable.

Person serving:
Scott E. Lane
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 2005-0000341
   (3) County: San Francisco
   (4) Expires: 7/26/07

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 30, 2007                    Signature: _____
                                                  Scott E. Lane


Printed on recycled paper