# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

C&H SUGAR COMPANY, INC.
    Plaintiff(s),

      v.

SUGAR WORKERS UNION LOCAL
NO. 1
     Defendant(s).
_____/

Case No.  C-07-3855 MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

   Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

   **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

   **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 1 1 , 2007

                _____
                [Party]
                C&H SUGAR COMPANY, INC.

Dated: October ___, 2007

                _____
                [Counsel]
                SEYFARTH SHAW LLP

Rev. 12/05

American LegalNet, Inc.
www.USCourtForms.com