1  SEYFARTH SHAW LLP
   G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
2  Jennifer P. Svanfeldt (SBN 233248) jsvanfeldt@seyfarth.com
   Sharon Ongerth Rossi (SBN 232725) srossi@seyfarth.com
3  560 Mission Street, Suite 3100
   San Francisco, California 94105
4  Telephone: (415) 397-2823
   Facsimile: (415) 397-8549
5
   Attorneys for Plaintiff
6  C&H SUGAR COMPANY, INC.

7

8               UNITED STATES DISTRICT COURT

9       IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

10 C&H SUGAR COMPANY, INC            ) Case No. C 07-3855 MEJ
                                     )
11                                   ) **PLAINTIFF'S CONSENT TO**
              Plaintiff,             ) **PROCEED BEFORE MAGISTRATE**
12       v.                          )
                                     )
13 SUGAR WORKERS UNION LOCAL NO. 1,  )
                                     )
14            Defendant.             )
                                     )
15 _____)

16       **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

17       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned

18 party in the above-captioned civil matter hereby voluntarily consents to have a United States

19 Magistrate Judge conduct any and all further proceedings in the case, including trial, and order

20 the entry of a final judgment. Appeal from the judgment shall be taken directly to the United

21 States Court of Appeals for the Ninth Circuit.

22
   DATED: October 23, 2007              SEYFARTH SHAW LLP
23
                                        /s/ Jennifer P. Svanfeldt
24
                                        By_____
25                                          G. Daniel Newland
                                            Jennifer P. Svanfeldt
26                                          Sharon O. Rossi
                                        Attorneys for Defendant
27                                      C&H SUGAR COMPANY, INC.

28

Consent to Proceed Before a United States Magistrate Judge/
Case No. C 07-3310 EMC