SEYFARTH SHAW LLP
G. Daniel Newland (SBN 087965) dnewland@seyfarth.com
Jennifer P. Svanfeldt (SBN 233248) jsvanfeldt@seyfarth.com
Sharon Ongerth Rossi (SBN 232725) srossi@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff
C&H SUGAR COMPANY, INC.

MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER
Will M. Yamada (SBN 226669)
Kathleen N. Mastagni (SBN 244298)
1912 I Street
Sacramento, CA 95814
Telephone: (916) 446-4692
Facsimile: (916) 447-4614

Attorneys for Defendant
SUGAR WORKERS UNION, LOCAL NO. 1

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&H SUGAR COMPANY, INC<br><br>Plaintiff,<br>v.<br><br>SUGAR WORKERS UNION LOCAL NO. 1,<br><br>Defendant. | Case No. C 07-3855 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiff C&H Sugar Company, Inc. ("Plaintiff") and International Sugar Workers Union Local No. 1 ("Defendant") through their respective counsel, respectfully submit the following stipulation and request.

---

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE / Case No. 07-03855

1.  The Parties request that this Court continue the initial Case Management Conference presently scheduled for November 11, 2007 and continue the deadline to submit the Joint Case Management Statement currently due by October 25, 2007. Given that the parties have agreed on an arbitrator to hear the grievance at issue in this matter, the parties propose that the Case Management Conference be continued for ninety days and that the Joint Case Management Statement be similarly continued.

2.  Good cause exists to grant the continuance because it would save the parties and the Court resources and time if the parties can resolve this matter informally.

DATED: October 25, 2007                           SEYFARTH SHAW LLP

/s/ Jennifer P. Svanfeldt

By_____
  G. Daniel Newland
  Jennifer P. Svanfeldt
  Sharon O. Rossi
Attorneys for Plaintiff
C&H SUGAR COMPANY, INC.

DATED: October 25, 2007                           MASTAGNI, HOLSTEDT, AMICK,
                                                  MILLER, JOHNSEN & UHRHAMMER

/s/ Will M. Yamada

By_____
  Will M. Yamada
Attorneys for Defendant
SUGAR WORKERS UNION, LOCAL NO. 1

### [PROPOSED] ORDER

The Stipulation and [Proposed] Order Continuing the Case Management Conference and is hereby adopted by the Court. The Joint Case Management Statement is now due on _____.

1  The Case Management Conference is now scheduled to take place at ____ (a.m./p.m.) on
2  _____. The parties are ordered to comply with this Order.

3
4  DATED: October ___, 2007

5  _____
   The Honorable Maria-Elena James

18  SF1 28305637.1 / 32900-000018

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT
CONFERENCE / Case No. 07-03855

3