IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&H SUGAR COMPANY INC,<br><br>    Plaintiff,<br><br>vs.<br><br>SUGAR WORKERS UNION LOCAL NO. 1,,<br><br>    Defendant. | No. C-07-3855 MEJ<br><br>**ORDER VACATING NOVEMBER 11, 2007 CASE MANAGEMENT CONFERENCE AND SCHEDULING A CASE MANAGEMENT CONFERENCE FOR FEBRUARY 7, 2008** |

The Court is in receipt of the Panties Stipulation and Proposed Order to Continue Case Management Conference. Good cause showing the Court hereby vacates the case management conference set for November 11, 2007 and schedules a case management conference in this matter for February 7, 2008. Parties are to have their Joint Case Management Statement filed with a copy delivered to Judge James' chambers by January 31, 2008.

**IT IS SO ORDERED.**

Dated: October 25, 2007

                                              MARIA-ELENA JAMES
                                              United States Magistrate Judge