1  WILL M. YAMADA, ESQ. (SBN 226669)
   KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
2  **MASTAGNI, HOLSTEDT, AMICK,**
   **MILLER, JOHNSEN & UHRHAMMER**
3  *A Professional Corporation*
   1912 I Street
4  Sacramento, California 95814
   Telephone:    (916) 446-4692
5  Facsimile:    (916) 447-4614

6  Attorney for Defendants,
7  Sugar Workers Union Local No. 1

8  DANIEL NEWLAND, ESQ. (SBN 087965)
   JENNIFER SVANFELDT, ESQ. (SBN 233248)
9  **SEYFARTH SHAW LLP**
   560 Mission Street, Suite 310
10 San Francisco, California 94105
   Telephone: (415) 397-2823
11 Facsimile: (415) 397-8549

12 Attorneys for Plaintiff,
   C&H Sugar Company, Inc.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| C & H SUGAR COMPANY, INC<br><br>Plaintiff,<br><br>SUGAR WORKERS UNION LOCAL NO. 1,<br><br>Defendant. | Case No.   C-07-3855 MEJ<br><br>**[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

### STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff C & H Sugar Company, Inc., ("Plaintiff") and Defendant Sugar Workers Union Local No. 1 ("Defendant") by their respective counsel hereby stipulate that this action be dismissed without prejudice and that each party shall bear its own costs and attorneys' fees.

Dated: January ____, 2008          **MASTAGNI, HOLSTEDT, AMICK,**
                                                              **MILLER, JOHNSEN & UHRHAMMER**

                                   By:    /s/ Will M. Yamada
                                          WILL M. YAMADA
                                          KATHLEEN N. MASTAGNI
                                          Attorneys for Defendant

Dated: January ____, 2008          **SEYFARTH SHAW LLP**

                                   By:    /s/ G. Daniel Newland
                                          G. DANIEL NEWLAND
                                          JENNIFER SFANFELDT
                                          Attorneys for Plaintiff C & H,

### [PROPOSED] ORDER

Based on the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED.**

Dated: January____, 2008          _____
                                  Hon. Maria- Elena James
                                  United States District Court for the
                                  Northern District of California

STIPULATION TO DISMISS

2