WILL M. YAMADA, ESQ. (SBN 226669)
KATHLEEN N. MASTAGNI, ESQ. (SBN 244298)
**MASTAGNI, HOLSTEDT, AMICK,
MILLER, JOHNSEN & UHRHAMMER**
*A Professional Corporation*
1912 I Street
Sacramento, California 95814
Telephone:     (916) 446-4692
Facsimile:      (916) 447-4614

Attorney for Defendants,
Sugar Workers Union Local No. 1

DANIEL NEWLAND, ESQ. (SBN 087965)
JENNIFER SVANFELDT, ESQ. (SBN 233248)
**SEYFARTH SHAW LLP**
560 Mission Street, Suite 310
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Plaintiff,
C&H Sugar Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C & H SUGAR COMPANY, INC<br><br>Plaintiff,<br><br>SUGAR WORKERS UNION LOCAL NO. 1,<br><br>Defendant. | Case No.   C-07-3855 MEJ<br><br>**[PROPOSED] STIPULATION AND ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

## **STIPULATION**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff C & H Sugar Company, Inc., ("Plaintiff") and Defendant Sugar Workers Union Local No. 1 ("Defendant") by their respective counsel hereby stipulate that this action be dismissed without prejudice and that each party shall bear its own costs and attorneys' fees.

---

STIPULATION TO DISMISS

1

Dated: January ____, 2008          **MASTAGNI, HOLSTEDT, AMICK,**
                                   **MILLER, JOHNSEN & UHRHAMMER**


                                   By:   /s/ Will M. Yamada
                                         WILL M. YAMADA
                                         KATHLEEN N. MASTAGNI
                                         Attorneys for Defendant

Dated: January ____, 2008          **SEYFARTH SHAW LLP**



                                   By:   /s/ G. Daniel Newland
                                         G. DANIEL NEWLAND
                                         JENNIFER SFANFELDT
                                         Attorneys for Plaintiff C & H,


### [PROPOSED] ORDER

Based on the stipulation of the parties and for good cause appearing:

**IT IS SO ORDERED.**


Dated: January 24, 2008

                                   _____
                                   Hon. M
                                   United                    the
                                   Northern            California

IT IS SO ORDERED
Judge Maria-Elena James

STIPULATION TO DISMISS

2